AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-cv-01854-JVS-DFM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Emmie Chang

was received by me on *(date)*  09/30/2020  .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*  Chein Doe, Co Tenant (Female, Asian, Black Hair, 30, 5'8", 150lbs , a person of suitable age and discretion who resides there,
on *(date)*  10/02/2020  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Deponent completed service by depositing a true copy of each properly sealed affixed with first class postage and addressed to the Defendant in an official depository under exclusive care and custody of the U.S. Postal Service.
[ X ] The envelope was marked "personal and confidential".

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  10/05/2020

*Server's signature*

Majd Hussein (2090551-DCA)
*Printed name and title*

19 Paerdegat 11th St
Brooklyn, NY 11236

*Server's address*

Additional information regarding attempted service, etc:
Service On: Emmie Chang 150 MYRTLE AVE APT 1203, BROOKLYN, NY 11201-2913

Served On: Chein Doe, Co Tenant (Female, Asian, Black Hair, 30, 5'8", 150lbs) on 10/02/2020 at 1:50 PM

Document(s) Served: Summons, Complaint, Notice of Assignment, Notice to Parties of Court Directed ADR Program, Initial Order Following Filing of Complaint, Corporate Disclosure Statement, Notice of Interested Parties, Civil Cover Sheet.